IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT SHEEKS,<br><br>Plaintiff,<br><br>vs.<br><br>CNH INDUSTRIAL LLC,<br><br>Defendant. | 8:21CV28<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

This matter is before the Court on the parties' September 19, 2022, Joint Stipulation for Dismissal with Prejudice. Filing 78. Following notice to the Court that the parties have settled their claims, *see* Order, Filing 75, the parties have filed the Joint stipulation, signed by counsel for each party, requesting dismissal with prejudice of all claims in this matter with each party to bear its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case and all claims in it are dismissed with prejudice and with each party to bear its own fees and costs.

Dated this 20th day of September, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge